

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEAN HOUGH and STEPHEN HELD,<br><br>Plaintiffs,<br><br>vs.<br><br>GINGER JOHNSTON *formerly known as* GINGER HELD,<br><br>Defendant. | Cause No. CV 15-00005-BLG-SPW<br><br>**ORDER** |

UPON the parties' Joint Motion for Dismissal (Doc. 51), and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause be, and is, DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney's fees.

DATED this 19th day of January, 2017.

SUSAN P. WATTERS
U.S. District Court Judge